# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-10306

_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 10, 2019

Lyle W. Cayce
Clerk

JILLIAN IZZIO, on Behalf of Themselves and all Others Similarly Situated; HEATHER ZOELLER, on Behalf of Themselves and all Others Similarly Situated; KARA ASHBY,

> Plaintiffs - Appellees

v.

CENTURY GOLF PARTNERS MANAGEMENT, L.P.

> Defendant

v.

ANTHONY METZGER,

> Movant - Appellant

JILLIAN BRANA,

> Appellant

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC Nos. 3:14-CV-3194 and 3:15-CV-861

_____

Before DAVIS, SMITH, and COSTA, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* Fifth Cir. R. 47.6.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.